IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**THURMAN DEJESUS**
**and VERDA DEJESUS,**

    Plaintiffs,

v.                                                              **No. 15-cv-0208 KK/SMV**

**JOSEPH H. BETRIX,**

    Defendant.

## ORDER TO SHOW CAUSE

    THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint against Defendant on March 11, 2015. [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint—or until July 9, 2015—in which to effect service of process. There is no indication on the record that service of process has been effected with respect to Defendant.

    **IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.2d 838, 841 (10th Cir. 1995). Plaintiffs shall file their response within **21 days** of entry of this Order.

    **IT IS SO ORDERED.**

                                                         _____
                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**